

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.M.A.E.W., a Child

No. 06-14-00087-CV

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2013-2394-DR). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. Concurring Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Josh, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 13, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk